**Ricky Lafayette MURRAY,**
**Plaintiff–Appellant,**

v.

**Jeffrey D. YOUNGS, sued in**
**his individual capacity,**
**Defendant–Appellee.**

**No. 01–6988.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Ricky Lafayette Murray, pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Ricky Lafayette Murray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Murray v. Youngs,* No. CA–01–875–7 (D.S.C. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*